UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVANS J SCOTT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C24-5315 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

The Commissioner shall have up to and including August 12, 2024, to file a response to Plaintiff's Complaint.

DATED this 27th day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION
OF TIME TO FILE ANSWER - 1